425 A.2d 1107

WASHINGTON TOWNSHIP, NORTHAMPTON COUNTY, Pennsylvania, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellee,

Slate Belt Vehicle Recycling Center, Inc., Intervening Respondent.

Supreme Court of Pennsylvania.

Argued Jan. 29, 1981.

Decided Feb. 27, 1981.

William H. Agnew, Nazareth, for appellant.

John Molnar, Bangor, for Slate Belt, etc.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Commonwealth Court, 421 A.2d 859, is affirmed.